IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

DEC 15 2025

Nathan Ochsner, Clerk of Court

TOMEKA CASANOVA, Case No.: 25-6036

Plaintiff,

v.

VERA CALVIN,

Defendant.

**COMPLAINT AND DEMAND FOR JURY TRIAL**

### PLAINTIFF'S FIRST FEDERAL CIVIL COMPLAINT

Plaintiff **TOMEKA CASANOVA**, appearing pro se, files this Complaint against Defendant **Vera Calvin** ("Calvin"), also known online as "Pretty Brown Eyez (PBE)," and respectfully alleges as follows:

## I. INTRODUCTION

This action arises from a sustained, malicious copyright infringement, deep-fake image abuse, directed at Plaintiff by Defendant Vera Calvin ("Calvin"), who operated online under the alias "Pretty Brown Eyez (PBE)."

Calvin's conduct includes, but is not limited to:

a. unauthorized access to Plaintiff's subscription-protected digital content;
b. copyright infringement involving the reproduction, distribution, and monetization of pay-walled material;
c. creating and disseminating AI-generated deepfake images designed to humiliate and retaliate against Plaintiff;
d. engaging in gender-based harassment, ridicule, and defamatory statements intended to damage Plaintiff's reputation; and
e. committing deliberate, escalating acts of retaliation intended to threaten, intimidate, and emotionally harm Plaintiff. Calvin used her online platform and persona as "Pretty Brown Eyez" to publicly ridicule Plaintiff, causing substantial emotional distress, reputational harm, and economic damages.
f. Calvin acted intentionally, maliciously, and with full knowledge that her conduct would harm Plaintiff.
g. Plaintiff seeks monetary damages, injunctive relief, and all remedies available under federal and Texas law.

## II. JURISDICTION AND VENUE

- This Court has **federal question jurisdiction** under 28 U.S.C. § 1331 because Plaintiff brings claims under:
   a. 18 U.S.C. § 1030 (CFAA – Unauthorized Access);
   b. 17 U.S.C. § 501 (Copyright Infringement).

Venue is proper in the Southern District of Texas, Houston Division under 28 U.S.C. § 1391(b), as Defendant's conduct was directed into this District, and Plaintiff suffered harm within the

Personal jurisdiction is proper because Defendant resides in Texas or conducts substantial online activity purposefully directed toward Texas residents.

## III. PARTIES

- **Plaintiff:**
  Plaintiff TOMEKA CASANOVA is a resident of Texas and the victim of Defendant's unlawful acts.

- Defendant:
  Defendant VERA CALVIN is an individual residing in Florida and is known online as "Pretty Brown Eyez (PBE)." Defendant operated a YouTube used to target Plaintiff.

## IV. FACTUAL ALLEGATIONS

### A. Defendant's Unauthorized Access to Plaintiff's Protected Paywall Content

1. Plaintiff operates private, subscription-based digital content accessible only through a secure paywall.
2. Calvin unlawfully accessed Plaintiff's protected paywalled digital content by intentionally bypassing digital security measures. She then reproduced, uploaded, and monetized that content on her YouTube channel, resulting in two copyright strikes issued by YouTube confirming infringement.
3. Defendant reproduced and published Plaintiff's protected content on her YouTube channel to increase her own views, engagement, and monetized income.
4. YouTube conducted an independent rights review and issued two copyright strikes, confirming that Defendant's conduct constituted unlawful copyright infringement.

### B. After Plaintiff asserted her lawful rights under copyright law, Calvin escalated her retaliation by:

1. Publishing a gender-based slur directed at Plaintiff;
2. Posting an AI-generated deep-fake image of Plaintiff;
3. Continuing to harass Plaintiff across social platforms.
4. Defendant continued her attacks through repeated derogatory, harassing, and defamatory statements on her YouTube community platform.

### C. Threats, Violent Emojis, and Intimidation

1) Defendant published messages containing explicit threatening language, including: "You fu*ked up now and you're about to find out."
2) Defendant paired these statements with violent emojis and imagery intended to evoke fear, menace, and intimidation.
3) These actions constitute a serious expression of intent to harm under federal threat standards.

### D. Publication of AI Deepfake Images

1. Defendant created and disseminated AI-generated deepfake photographs depicting Plaintiff in harmful, distorted, or humiliating contexts.
2. Deepfake abuse is inherently deceptive, malicious, and designed to inflict reputational and emotional harm.
3. Defendant circulated multiple deepfake images across her platform where they could be seen, shared, or misinterpreted by third parties.

## V. FEDERAL CAUSES OF ACTION AGAINST DEFENDANT CALVIN

### COUNT 1 — Unauthorized Access & Digital Trespass (CFAA, 18 U.S.C. § 1030)

1. Defendant intentionally bypassed proper access to Plaintiff's secured paywall system and circumvented protected paywall content without authorization.
2. Defendant obtained information and caused damage under the meaning of the CFAA.

### COUNT 2 — Copyright Infringement (17 U.S.C. § 501)

1. Plaintiff owns exclusive rights in her original works.
2. Defendant unlawfully reproduced, distributed, displayed, and monetized Plaintiff's copyrighted material after bypassing digital access controls.

3. Defendant's infringement was willful, entitling Plaintiff to statutory damages up to $150,000 per work.

## VI. DAMAGES

Plaintiff seeks:

a. Emotional distress damages

b. Mental anguish damages

c. Statutory copyright damages

d. Punitive damages

e. Economic losses

f. Costs and fees

g. All available equitable relief

## VIII. REQUEST FOR INJUNCTIVE RELIEF

38. Plaintiff requests that the Court issue a restraining order prohibiting Defendant from:

a. Contacting Plaintiff

b. Publishing or republishing content about Plaintiff

c. Creating or posting additional deepfake imagery

d. Accessing Plaintiff's digital content or accounts

## IX. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

## X. PRAYER FOR RELIEF

WHEREFORE, Plaintiff TOMEKA CASANOVA respectfully prays that the Court:

1. Enter judgment in her favor and against the Defendants.

2. Award compensatory, statutory, and punitive damages as permitted by law;

3. Issue temporary, preliminary, and permanent injunctive relief as requested;

4. Award costs of suit and, where permitted, attorneys' fees;

5. Award pre-judgment and post-judgment interest; and

6. Grant such other and further relief as the Court deems just and proper.

**Respectfully Submitted,**

**TOMEKA CASANOVA**
4710 Cashel Glen Drive
Houston, TX 77069
Email: waterthisflower@gmail.com
Phone: (281) 658-9505
Pro Se Plaintiff
(Signature) *Tomeka Casanova*